**COURTROOM DEPUTY MINUTES**    DATE: **May 12, 2006**
**MIDDLE DISTRICT OF ALABAMA**
                                    DIGITAL RECORDING: __11:02 - 11:12__

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **2:06-MJ 45-CSC** | DEFT. NAME: **JEFFREY DWAIN CURRY** |
| USA: **KENT BRUNSON** | ATTY: **PATRICIA KEMP** |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; |
| USPTSO/USPO: **TAMARA MARTIN** | |
| Defendant ____does____ does NOT need an interpreter; NAME _____ | |

- ✓ Kars.     Date of Arrest __5/12/06__     or     ✓ karsr 5 & 5.1
- ✓ kia.      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ✓ **ORAL** Motion for Appt. Of Counsel.
- ✓ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐          **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.     ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
              ☐ **BOND EXECUTED** (R.5 & 5.1 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.       Deft. **ORDERED REMOVED** to originating district
- ✓ kwvprl.   **WAIVER** of ✓ Identity Hearing; ✓ Kwvr5 hrg. (Waiver of R.5 Hearing);
- ☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ Karr.    **ARRAIGNMENT** SET FOR: _____ ☐ **HELD**. Plea of **NOT GUILTY** entered.
              ☐ Trial Term _____;     ☐ **PRETRIAL CONFERENCE DATE:** _____
              ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ Kwvspt   Waiver of Speedy Trial Act Rights Executed.

\* **Deft waives identity hearing, but request to have preliminary hrg. held in our district; Preliminary hrg. set for May 17, 2006.**