IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:    2:06-MJ-45-CSC |
| | ) | |
| JEFFREY DWAIN CURRY | ) | |

## ORDER

For good cause, it is

**ORDERED** that a preliminary hearing  be and is hereby  scheduled for **May 17, 2006, at**

**9:30 a.m.**,  in  courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States

Marshal and produced for the hearing.

Done this 12th day of May, 2006.


        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE