# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 5/17/06 | AT | FTR: 9:33 to 9:37 |
| DATE COMPLETED: 5/17/06 | AT | Digital Recorded |

UNITED STATES OF AMERICA

    Plaintiff

vs.

    CASE NO.: 2:06MJ45-CSC

JEFFREY DWAIN CURRY

    Defendant

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | | Atty. Kevin Butler |

### COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY:** WANDA STINSON

(X) OTHER PROCEEDINGS: ***PRELIMINARY HEARING***

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Prelim - 06mj45-CSC
**Date:** 5/17/2006    **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 9:33:45 AM | Court | Court convenes ; Parties present as noted; Deft advised of indictment return in District of Columbia. No need for prelim hrg. today; Deft advised of right to remain silent and right to counsel; Defendant advised of charges in the indictment and the maximum limits of punishment; Deft advised of right the case transferred to this district under cetain conditions as stated; Court ORDERS that the defendant be removed to District of Columbia; Deft advised of entitlement to a detention hearing here if he wants; |
| 9:36:53 AM | Atty. Butler | Deft as that his arraignment and detention hrg. and all further proceedings be held in the District of Columbia; |
| 9:37:17 AM | Court | Orders deft removed to the District of Columbia for all further proceedings. |